# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SANTARELLI, JR. | CIVIL ACTION NO. 3:11-CV-1812 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| INTELLIGRATED PRODUCTS, LLC. et al., | |
| Defendants. | |

## **ORDER**

NOW, this 31st day of January, 2012, **IT IS HEREBY ORDERED** that this action is **REMANDED** to the Philadelphia Court of Common Pleas.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge