# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SANTARELLI, JR.<br><br>    Plaintiff,<br><br>        v.<br><br>INTELLIGRATED PRODUCTS, LLC. et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:11-CV-1812<br><br>(JUDGE CAPUTO) |

## **ORDER**

NOW, this 31st day of January, 2012, **IT IS HEREBY ORDERED** that this action is **REMANDED** to the Philadelphia Court of Common Pleas.

                                              /s/ A. Richard Caputo  
                                              A. Richard Caputo  
                                              United States District Judge